# United States District Court
## Southern District of Georgia

GUY WAYNE SESSIONS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-032

BURKE COUNTY JAIL and MAJOR JOHN BUSH,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 21, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that this case is dismissed without prejudice. This case stands closed.



06/21/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*